```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 07076
   GUADALUPE GONZALES
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

         Debtor
   SSN XXX-XX-6003


-------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/01/05 and confirmed on 06/16/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  86466.58 .

   4.  The Trustee made disbursements to creditors as follows:


-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                              PAID         PAID
-------------------------------------------------------------------------------
CHASE HOME EQUITY          SECURED           17689.00          .00       17689.00
CHASE HOME EQUITY          MORTGAGE ARRE      4169.55          .00        4169.55
BUDGET FINANCE             SECURED VEHIC      3200.00        427.58       3200.00
NATIONWIDE CASSEL LP       SECURED VEHIC      2650.00        354.09       2650.00
WELLS FARGO                CURRENT MORTG     31053.80          .00       31053.80
WELLS FARGO                MORTGAGE ARRE     10037.98          .00       10037.98
ECAST SETTLEMENT CORPORA   UNSECURED          8218.96          .00        8218.96
EARTH MOVERS C U           UNSECURED           508.15          .00         508.15
CITICARDS PRIVATE LABEL    UNSECURED          1229.98          .00        1229.98
PROGRESSIVE ASSET MGMT S   UNSECURED           129.11          .00         129.11
CITICARDS PRIVATE LABEL    UNSECURED         NOT FILED         .00            .00
TRI CITY AMBULANCE         UNSECURED         NOT FILED         .00            .00
AFNI/VERIZON               UNSECURED           964.85          .00         964.85
BUDGET FINANCE             UNSECURED           725.44          .00         725.44
NATIONWIDE CASSEL LP       UNSECURED           649.47          .00         649.47
         Summary of disbursements:
-------------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED        OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  68800.33         .00     12425.96          .00      81226.29
PRINCIPAL PAID      68800.33         .00     12425.96          .00      81226.29
INTEREST PAID         781.67         .00          .00          .00        781.67
TOTAL PAID          69582.00         .00     12425.96          .00      82007.96
The Debtor's attorney, TIMOTHY K LIOU                 , was allowed $   2700.00
and was paid $   2518.80  direct and $    181.20  through the plan.

The Trustee received $   3391.32 .

Refunds to the Debtor totaled $    886.10 .

   Wherefore, the Trustee requests an order be entered discharging
```

the Trustee and the surety on his bond from any further liability in this case.


Dated: 04/11/08                             /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 05 B 07076 GUADALUPE GONZALES